**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MONIQUE TILLIS, Individually and On Behalf of All Similarly Situated Persons, | § | |
| Plaintiff, | | |
| | | |
| V. | § | CIVIL ACTION NO. 4:19-cv-1059 |
| | | |
| GLOBAL FIXTURE SERVICES, INC. And DOLGENCORP OF TEXAS, INC., | | |
| Defendants. | § | JURY DEMANDED |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Monique Tillis and Defendants Global Fixture Services, Inc. and Dolgencorp of Texas, Inc. are pleased to notify the Court that the parties have resolved this matter and hereby give notice of settlement. The parties anticipate that they will file a motion to approve the settlement terms within the next 14 days.

Respectfully Submitted,

**THE BUENKER LAW FIRM**

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
jbuenker@buenkerlaw.com
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEY-IN-CHARGE FOR**
**PLAINTIFF MONIQUE TILLIS**

**WALLER LANSDEN DORTCH
& DAVIS, LLP**

*/s/ Andrew S. Naylor*
Andrew S. Naylor (admitted pro hac vice)
Stanley E. Graham (admitted pro hac vice)
John J. Park (Texas Bar No. 24087058)
Southern District Bar No. 1084141
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
john.park@wallerlaw.com
stan.graham@wallerlaw.com
andy.naylor@wallerlaw.com

**ATTORNEYS FOR DEFENDANT,
DOLGENCORP OF TEXAS, INC.**

*/s/ Charles C. Frederiksen*
Charles C. Frederiksen
TBA No. 07413300
14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
972-419-8300 Telephone
972-419-8329 Facsimile
cfrederiksen@gpm-law.com

**ATTORNEY FOR DEFENDANT,
GLOBAL FIXTURE SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I caused a copy of the forgoing document to be filed with the Court using ECF, of which opposing counsel of records is a member.

*/s/ Josef F. Buenker*
Josef F. Buenker