Case 4:19-cv-01059   Document 135   Filed on 09/02/21 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
September 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONIQUE TILLIS, Individually and On Behalf of All Similarly Situated Persons,<br>  Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-1059 |
| GLOBAL FIXTURE SERVICES, INC. And DOLGENCORP OF TEXAS, INC.,<br>  Defendants. | § | JURY DEMANDED |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS MATTER came before the Court on the Parties' Joint Motion for Dismissal with Prejudice and Approval of Settlement Agreement.

THE COURT has reviewed the Joint Motion, reviewed the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act 29 U.S.C. §201, et seq. ("FLSA"). In reviewing a settlement of an FLSA private claim, a court is to determine that the settlement is a fair and reasonable resolution of a bona fide dispute. Parker v. Anderson, 667 F.2d 1204 (5th Cir. 1982).

In this case, there is a bona fide factual and legal dispute over the classification of the opt-in members, the number of hours worked, and joint employer status. The Court has reviewed the terms of the settlement agreement including the amount to be received by the opt-in plaintiffs and the attorneys' fees and costs to be received by counsel and finds that

1

the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Dismissal with Prejudice and Approval of Confidential Settlement Agreement is **GRANTED**. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' settlement agreement (including attorneys' fees and costs) is hereby **APPROVED**. It is further

**ORDERED AND ADJUDGED** that this case is dismissed with prejudice, except that the Court will retain jurisdiction until December 31, 2021 to enforce the terms of the settlement.

**DONE AND ORDERED** this 2nd day of September, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATED DISTRICT JUDGE


APPROVED FOR ENTRY:

**THE BUENKER LAW FIRM**

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com

*Attorneys for Plaintiffs*

**WALLER LANSDEN DORTCH
 & DAVIS, LLP**

*/s/ Andrew S. Naylor*
Andrew S. Naylor  (admitted pro hac vice)
Stanley E. Graham (admitted pro hac vice)
John J. Park (Texas Bar No. 24087058)
Southern District Bar No. 1084141
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone:  (615) 244-6380
Fax:  (615) 244-6804
john.park@wallerlaw.com
stan.graham@wallerlaw.com
andy.naylor@wallerlaw.com

*Attorneys for Defendant,
Dolgencorp of Texas, Inc.*


*/s/ Charles C. Frederiksen*
Charles C. Frederiksen
TBA No. 07413300
14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
972-419-8300 Telephone
972-419-8329 Facsimile
cfrederiksen@gpm-law.com

*Attorney for Defendant,
Global Fixture Services, Inc.*